# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| AMMAR FARAJ KHUDHAIR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:20-CV-1120-SRW |
| ) | |
| CHAD F. WOLF, WILLIAM P. BARR, ) | |
| MATTHEW T. ALBENCE, and ) | |
| DERRICK CHISM, ) | |
| ) | |
| Defendants. ) | |

## ORDER

In accordance with the plaintiff's notice of voluntary dismissal,

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this action **without** prejudice.   Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated this 28th day of August, 2020.

_____
STEPHEN R. WELBY
UNITED STATES MAGISTRATE JUDGE